**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Saul Flores, et al.

                                  Plaintiff,

v.                                                Case No.: 1:16−cv−07235
                                                    Honorable Ronald A. Guzman

Rite−Way Custom Homes, L.L.C., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 17, 2016:

      MINUTE entry before the Honorable Ronald A. Guzman: The order entered on October 17, 2016 is amended and shall read as follows: Status hearing held on 10/17/2016. It is hereby ordered that this action is dismissed without prejudice with leave to reinstate within 45 days solely for the purpose of enforcing the terms of the settlement agreement. If a motion to reinstate is not filed within the 45−day period, the dismissal without prejudice will automatically convert to one with prejudice at the end of the 45−day period. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.